UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MCDONALD,<br>     Plaintiff,<br><br>-v-<br><br>GC SERVICES LIMITED PARTNERSHIP,<br>     Defendant. | No. 1:16-cv-414<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

"At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment." Fed. R. Civ. P. 68(a).

Plaintiff has filed a notice of his acceptance of Defendant's offer of judgment. (ECF No. 7). Pursuant to Fed. R. Civ. P. 58 and 68(a), **JUDGMENT** hereby enters in favor of Plaintiff and against Defendant for $3,500.00, inclusive of damages, attorney fees, costs, and interest accrued to date.

**IT IS SO ORDERED**.

Date:   May 19, 2016                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge

1